# IN THE SUPREME COURT OF THE STATE OF NEVADA

PANAGIOTIS MALLIOS,
                              Appellant,
vs.
BANK OF AMERICA, N.A.; BAC HOME
LOANS LP, F/K/A COUNTRYWIDE
HOME LOANS SERVICING, LP;
REALTY ONE GROUP, INC.; AND
SERGE ARMANI, A/K/A SARGIS
TOROSYAN,
                              Respondents.

No. 69556

FILED

MAR 11 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a jury verdict in a real property action. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.

Our preliminary review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be prematurely filed under NRAP 4(a) because it appears that it was filed before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1)(a notice of appeal must be filed after entry of a written judgment or order); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). Accordingly, we conclude that we lack jurisdiction over this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc: Hon. Gloria Sturman, District Judge
Panagiotis Mallios
Skane & Wilcox LLP
Akerman LLP/Las Vegas
Nehme-Tomalka & Associates
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A